UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MARY ANN PARKER,**<br>    Plaintiff,<br><br>v.<br><br>**PETRO DEVELOPERS, LLC,**<br>    Defendant. | **Case No. 1:22-cv-1320-CLM** |

### CLERK'S COURT MINUTE ENTRY
### DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have jointly stipulated to dismissal of this case with prejudice. (Doc. 12).

The parties **SHALL** bear their own costs and fees.

This case is **CLOSED**.

DATED: March 3, 2023.

GREER M. LYNCH, CLERK

By: Karen Humphrey

Deputy Clerk